IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SEAN MORRISON ENTERTAINMENT LLC,

    Plaintiff,

v.

HEATHER CLARK, ANGELA HAYES,
MICHELLE OLUD, PATRICIA VIDONIC,
and KAITLAN YOUNG.

    Defendants.

ORDER

13-cv-753-BBC

---

Plaintiff, Sean Morrison Entertainment LLC, has moved for entry of default against defendants Heather Clark and Kaitlan Young. As to defendant Clark, plaintiff has failed to demonstrate service of a summons and complaint necessary to entry of default. At most, plaintiff has demonstrated that it mailed defendant Clark a request for waiver which defendant failed to return. Accordingly, plaintiff's motion for entry of default against defendant Clark is denied.

Default can be entered against defendant Young, plaintiff having provided an affidavit of service of the summons and complaint in support of that portion of the motion.

ORDER

IT IS ORDERED that plaintiff's motion for entry of default is GRANTED as to defendant Kaitlan Young and DENIED as to defendant Heather Clark.

Dated this 18th day of April, 2014.

BY THE COURT

/s/
PETER OPPENEER
Magistrate Judge